STATE OF NORTH CAROLINA v. JAMES PETTY

No. 7311SC244

(Filed 14 March 1973)

Criminal Law § 23— acceptance of guilty plea

The acceptance of defendant's plea of guilty will not be disturbed on appeal where the trial judge examined defendant before accepting the plea and found that his plea was freely, understandingly and voluntarily made, and defendant's signed transcript of plea supported these findings.

APPEAL by defendant from *Braswell, Judge,* 23 October 1972 Session of Superior Court held in LEE County.

Defendant was indicted for first-degree burglary. He pled guilty to felonious breaking and entering. From judgment sentencing defendant to prison for the term of five years with direction that he receive credit for all time spent in jail awaiting trial, defendant appealed.

*Attorney General Robert Morgan by Special Consultant Wade E. Brown for the State.*

*A. B. Harrington III for defendant appellant.*

PARKER, Judge.

Since defendant pled guilty this appeal presents only the question whether error appears on the face of the record proper. *State v. Roberts,* 279 N.C. 500, 183 S.E. 2d 647. None does. Before accepting the plea, the trial judge examined defendant and found that his plea was freely, understandingly and voluntarily made. Defendant's signed transcript of plea supports these

findings. The acceptance of the plea will not be disturbed on this appeal. *State v. Jones,* 278 N.C. 259, 179 S.E. 2d 433.

No error.

Judges CAMPBELL and MORRIS concur.